# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Mary E. Johnson,

        Plaintiff,               Civil 10-1357 (RHK/RLE)

vs.                        **DISQUALIFICATION AND**
                           **<u>ORDER FOR REASSIGNMENT</u>**

Wyeth, LLC, et al.,

        Defendants.

        The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

        **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

        **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  April 13, 2010

                       <u>s/Richard H. Kyle</u>
                       RICHARD H. KYLE
                       United States District Judge